Certificate Number: 05781-MN-DE-036958763

Bankruptcy Case Number: 22-31252

05781-MN-DE-036958763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2022, at 9:13 o'clock AM PST, Wendy Gutierrez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: November 7, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President